[No. 4832–2–III.   Division Three.   January 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JEROME MONAGHAN, *Appellant.*

Appeal from a judgment of the Superior Court for Ferry County, No. 6986, Sidney R. Buckley, J., entered October 12, 1981. *Affirmed* by unpublished opinion per McInturff,

J., concurred in by Roe, C.J., and Munson, J.